05/05/2017

EDWARD A. CULPEPPER

0.00
***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER CO 80229

Pay Period: 04/24/2017 - 04/30/2017

---

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER
CO, 80229

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,019.23 | 18,346.14 |
| Bonus | - | - | 0.00 | 372.27 |
| Commission | - | - | 0.00 | 1,113.35 |
| Reimbursement | - | - | 0.00 | 50.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 72.84 | 1,538.22 |
| Social Security | 62.32 | 1,215.63 |
| Medicare | 14.57 | 284.30 |
| CO Income Tax | 28.00 | 574.00 |
| Aurora | 2.00 | 10.00 |

COLORADO AUTO BODY INC
1465 DALLAS ST
AURORA
CO, 80010

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|
| UNIFORMS | 10.11 | 181.98 |
| AFLAC BEFORE TAX | 14.05 | 224.83 |
| PURCHASE REIMBURSEMENT | 0.00 | 73.60 |

Pay Period
04/24/2017 - 04/30/2017

Pay Date
05/05/2017

MEMO:

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 67.69 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,019.23 | $19,881.76 |
| Taxes | $179.73 | $3,622.15 |
| Deductions | $24.16 | $480.41 |

**NET PAY:** $815.34
Acct#....0008: $815.34

---

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER
CO, 80229

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,019.23 | 18,346.14 |
| Bonus | - | - | 0.00 | 372.27 |
| Commission | - | - | 0.00 | 1,113.35 |
| Reimbursement | - | - | 0.00 | 50.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 72.84 | 1,538.22 |
| Social Security | 62.32 | 1,215.63 |
| Medicare | 14.57 | 284.30 |
| CO Income Tax | 28.00 | 574.00 |
| Aurora | 2.00 | 10.00 |

COLORADO AUTO BODY INC
1465 DALLAS ST
AURORA
CO, 80010

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|
| UNIFORMS | 10.11 | 181.98 |
| AFLAC BEFORE TAX | 14.05 | 224.83 |
| PURCHASE REIMBURSEMENT | 0.00 | 73.60 |

Pay Period
04/24/2017 - 04/30/2017

Pay Date
05/05/2017

MEMO:

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 67.69 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,019.23 | $19,881.76 |
| Taxes | $179.73 | $3,622.15 |
| Deductions | $24.16 | $480.41 |

**NET PAY:** $815.34
Acct#....0008: $815.34

04/28/2017

EDWARD A. CULPEPPER               0.00
                              ***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER CO 80229

Pay Period: 04/17/2017 - 04/23/2017

---

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER
CO, 80229

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,019.23 | 17,326.91 |
| Bonus | - | - | 0.00 | 372.27 |
| Commission | - | - | 0.00 | 1,113.35 |
| Reimbursement | - | - | 50.00 | 50.00 |

COLORADO AUTO BODY INC
1465 DALLAS ST
AURORA
CO, 80010

| OTHER PAY | Current | YTD |
|---|---|---|

Pay Period
04/17/2017 - 04/23/2017

Pay Date
04/28/2017

MEMO:

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 66.15 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 72.84 | 1,465.38 |
| Social Security | 62.32 | 1,153.31 |
| Medicare | 14.58 | 269.73 |
| CO Income Tax | 28.00 | 546.00 |
| Aurora | 0.00 | 8.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| UNIFORMS | 10.11 | 171.87 |
| AFLAC BEFORE TAX | 14.05 | 210.78 |
| PURCHASE REIMBURSEMENT | 0.00 | 73.60 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,069.23 | $18,862.53 |
| Taxes | $177.74 | $3,442.42 |
| Deductions | $24.16 | $456.25 |

**NET PAY:** $867.33
Acct#....0008: $867.33

---

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER
CO, 80229

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,019.23 | 17,326.91 |
| Bonus | - | - | 0.00 | 372.27 |
| Commission | - | - | 0.00 | 1,113.35 |
| Reimbursement | - | - | 50.00 | 50.00 |

COLORADO AUTO BODY INC
1465 DALLAS ST
AURORA
CO, 80010

| OTHER PAY | Current | YTD |
|---|---|---|

Pay Period
04/17/2017 - 04/23/2017

Pay Date
04/28/2017

MEMO:

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 66.15 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 72.84 | 1,465.38 |
| Social Security | 62.32 | 1,153.31 |
| Medicare | 14.58 | 269.73 |
| CO Income Tax | 28.00 | 546.00 |
| Aurora | 0.00 | 8.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| UNIFORMS | 10.11 | 171.87 |
| AFLAC BEFORE TAX | 14.05 | 210.78 |
| PURCHASE REIMBURSEMENT | 0.00 | 73.60 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,069.23 | $18,862.53 |
| Taxes | $177.74 | $3,442.42 |
| Deductions | $24.16 | $456.25 |

**NET PAY:** $867.33
Acct#....0008: $867.33

04/21/2017

EDWARD A. CULPEPPER                                              0.00
                                                        \*\*\*NON-NEGOTIABLE\*\*\*

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER CO 80229

Pay Period: 04/10/2017 - 04/16/2017

---

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER
CO, 80229

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,019.23 | 16,307.68 |
| Bonus | - | - | 0.00 | 372.27 |
| Commission | - | - | 0.00 | 1,113.35 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 72.84 | 1,392.54 |
| Social Security | 62.32 | 1,090.99 |
| Medicare | 14.57 | 255.15 |
| CO Income Tax | 28.00 | 518.00 |
| Aurora | 0.00 | 8.00 |

COLORADO AUTO BODY INC
1465 DALLAS ST
AURORA
CO, 80010

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|
| UNIFORMS | 10.11 | 161.76 |
| AFLAC BEFORE TAX | 14.05 | 196.73 |
| PURCHASE REIMBURSEMENT | 0.00 | 73.60 |

Pay Period
04/10/2017 - 04/16/2017

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 64.61 |

Pay Date
04/21/2017

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,019.23 | $17,793.30 |
| Taxes | $177.73 | $3,264.68 |
| Deductions | $24.16 | $432.09 |
| **NET PAY:** | | **$817.34** |
| Acct#....0008: | | $817.34 |

MEMO:

---

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER
CO, 80229

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,019.23 | 16,307.68 |
| Bonus | - | - | 0.00 | 372.27 |
| Commission | - | - | 0.00 | 1,113.35 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 72.84 | 1,392.54 |
| Social Security | 62.32 | 1,090.99 |
| Medicare | 14.57 | 255.15 |
| CO Income Tax | 28.00 | 518.00 |
| Aurora | 0.00 | 8.00 |

COLORADO AUTO BODY INC
1465 DALLAS ST
AURORA
CO, 80010

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|
| UNIFORMS | 10.11 | 161.76 |
| AFLAC BEFORE TAX | 14.05 | 196.73 |
| PURCHASE REIMBURSEMENT | 0.00 | 73.60 |

Pay Period
04/10/2017 - 04/16/2017

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 64.61 |

Pay Date
04/21/2017

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,019.23 | $17,793.30 |
| Taxes | $177.73 | $3,264.68 |
| Deductions | $24.16 | $432.09 |
| **NET PAY:** | | **$817.34** |
| Acct#....0008: | | $817.34 |

MEMO:

04/14/2017

EDWARD A. CULPEPPER　　　　　　　　　　　　　　　　　　0.00
　　　　　　　　　　　　　　　　　　　　　　　　　***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER CO 80229

Pay Period: 04/03/2017 - 04/09/2017

| EDWARD A. CULPEPPER | PAY | Hours | Rate | Current | YTD | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 9255 CLERMONT DR | Salary | - | - | 1,019.23 | 15,288.45 | Federal Income Tax | 152.54 | 1,319.70 |
| DENVER | Bonus | - | - | 0.00 | 372.27 | Social Security | 95.27 | 1,028.67 |
| CO, 80229 | Commission | - | - | 531.33 | 1,113.35 | Medicare | 22.28 | 240.58 |
| | | | | | | CO Income Tax | 53.00 | 490.00 |
| | | | | | | Aurora | 0.00 | 8.00 |

| | | | | | | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| COLORADO AUTO BODY INC | | | | | | UNIFORMS | 10.11 | 151.65 |
| 1465 DALLAS ST | | | | | | AFLAC BEFORE TAX | 14.05 | 182.68 |
| AURORA | OTHER PAY | | | Current | YTD | PURCHASE REIMBURSEMENT | 0.00 | 73.60 |
| CO, 80010 | | | | | | | | |

| Pay Period | | | | | | SUMMARY | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 04/03/2017 - 04/09/2017 | BENEFITS | | | Used | Available | Total Pay | $1,550.56 | $16,774.07 |
| | Vacation | | | 0.00 | 63.08 | Taxes | $323.09 | $3,086.95 |
| Pay Date | | | | | | Deductions | $24.16 | $407.93 |
| 04/14/2017 | | | | | | **NET PAY:** | | **$1,203.31** |
| MEMO: | | | | | | Acct#....0008: | | $1,203.31 |

| EDWARD A. CULPEPPER | PAY | Hours | Rate | Current | YTD | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 9255 CLERMONT DR | Salary | - | - | 1,019.23 | 15,288.45 | Federal Income Tax | 152.54 | 1,319.70 |
| DENVER | Bonus | - | - | 0.00 | 372.27 | Social Security | 95.27 | 1,028.67 |
| CO, 80229 | Commission | - | - | 531.33 | 1,113.35 | Medicare | 22.28 | 240.58 |
| | | | | | | CO Income Tax | 53.00 | 490.00 |
| | | | | | | Aurora | 0.00 | 8.00 |

| | | | | | | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| COLORADO AUTO BODY INC | | | | | | UNIFORMS | 10.11 | 151.65 |
| 1465 DALLAS ST | | | | | | AFLAC BEFORE TAX | 14.05 | 182.68 |
| AURORA | OTHER PAY | | | Current | YTD | PURCHASE REIMBURSEMENT | 0.00 | 73.60 |
| CO, 80010 | | | | | | | | |

| Pay Period | | | | | | SUMMARY | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 04/03/2017 - 04/09/2017 | BENEFITS | | | Used | Available | Total Pay | $1,550.56 | $16,774.07 |
| | Vacation | | | 0.00 | 63.08 | Taxes | $323.09 | $3,086.95 |
| Pay Date | | | | | | Deductions | $24.16 | $407.93 |
| 04/14/2017 | | | | | | **NET PAY:** | | **$1,203.31** |
| MEMO: | | | | | | Acct#....0008: | | $1,203.31 |

04/07/2017

EDWARD A. CULPEPPER

0.00
\*\*\*NON-NEGOTIABLE\*\*\*

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER CO 80229

Pay Period: 03/27/2017 - 04/02/2017

---

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER
CO, 80229

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,019.23 | 14,269.22 |
| Bonus | - | - | 0.00 | 372.27 |
| Commission | - | - | 0.00 | 582.02 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 72.84 | 1,167.16 |
| Social Security | 62.32 | 933.40 |
| Medicare | 14.58 | 218.30 |
| CO Income Tax | 28.00 | 437.00 |
| Aurora | 2.00 | 8.00 |

COLORADO AUTO BODY INC
1465 DALLAS ST
AURORA
CO, 80010

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|
| UNIFORMS | 10.11 | 141.54 |
| AFLAC BEFORE TAX | 14.05 | 168.63 |
| PURCHASE REIMBURSEMENT | 0.00 | 73.60 |

Pay Period
03/27/2017 - 04/02/2017

Pay Date
04/07/2017

MEMO:

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 61.54 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,019.23 | $15,223.51 |
| Taxes | $179.74 | $2,763.86 |
| Deductions | $24.16 | $383.77 |
| **NET PAY:** Acct#....0008: | | **$815.33** $815.33 |

---

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER
CO, 80229

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,019.23 | 14,269.22 |
| Bonus | - | - | 0.00 | 372.27 |
| Commission | - | - | 0.00 | 582.02 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 72.84 | 1,167.16 |
| Social Security | 62.32 | 933.40 |
| Medicare | 14.58 | 218.30 |
| CO Income Tax | 28.00 | 437.00 |
| Aurora | 2.00 | 8.00 |

COLORADO AUTO BODY INC
1465 DALLAS ST
AURORA
CO, 80010

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|
| UNIFORMS | 10.11 | 141.54 |
| AFLAC BEFORE TAX | 14.05 | 168.63 |
| PURCHASE REIMBURSEMENT | 0.00 | 73.60 |

Pay Period
03/27/2017 - 04/02/2017

Pay Date
04/07/2017

MEMO:

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 61.54 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,019.23 | $15,223.51 |
| Taxes | $179.74 | $2,763.86 |
| Deductions | $24.16 | $383.77 |
| **NET PAY:** Acct#....0008: | | **$815.33** $815.33 |

03/31/2017

EDWARD A. CULPEPPER                                                        0.00
                                                                  ***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER CO 80229

Pay Period: 03/20/2017 - 03/26/2017

| EDWARD A. CULPEPPER | PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|---|
| 9255 CLERMONT DR | Salary | - | - | 1,019.23 | 13,249.99 |
| DENVER | Bonus | - | - | 0.00 | 372.27 |
| CO, 80229 | Commission | - | - | 0.00 | 582.02 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 73.27 | 1,094.32 |
| Social Security | 62.49 | 871.08 |
| Medicare | 14.62 | 203.72 |
| CO Income Tax | 28.00 | 409.00 |
| Aurora | 0.00 | 6.00 |

COLORADO AUTO BODY INC
1465 DALLAS ST
AURORA
CO, 80010

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|
| UNIFORMS | 10.11 | 131.43 |
| AFLAC BEFORE TAX | 11.24 | 154.58 |
| PURCHASE REIMBURSEMENT | 0.00 | 73.60 |

Pay Period
03/20/2017 - 03/26/2017

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 60.00 |

Pay Date
03/31/2017

MEMO:

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,019.23 | $14,204.28 |
| Taxes | $178.38 | $2,584.12 |
| Deductions | $21.35 | $359.61 |

**NET PAY:** $819.50
Acct#....0008: $819.50

---

| EDWARD A. CULPEPPER | PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|---|
| 9255 CLERMONT DR | Salary | - | - | 1,019.23 | 13,249.99 |
| DENVER | Bonus | - | - | 0.00 | 372.27 |
| CO, 80229 | Commission | - | - | 0.00 | 582.02 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 73.27 | 1,094.32 |
| Social Security | 62.49 | 871.08 |
| Medicare | 14.62 | 203.72 |
| CO Income Tax | 28.00 | 409.00 |
| Aurora | 0.00 | 6.00 |

COLORADO AUTO BODY INC
1465 DALLAS ST
AURORA
CO, 80010

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|
| UNIFORMS | 10.11 | 131.43 |
| AFLAC BEFORE TAX | 11.24 | 154.58 |
| PURCHASE REIMBURSEMENT | 0.00 | 73.60 |

Pay Period
03/20/2017 - 03/26/2017

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 60.00 |

Pay Date
03/31/2017

MEMO:

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,019.23 | $14,204.28 |
| Taxes | $178.38 | $2,584.12 |
| Deductions | $21.35 | $359.61 |

**NET PAY:** $819.50
Acct#....0008: $819.50

03/31/2017

EDWARD A. CULPEPPER

0.00
\*\*\*NON-NEGOTIABLE\*\*\*

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER CO 80229

Pay Period: 03/20/2017 - 03/26/2017

| EDWARD A. CULPEPPER | PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|---|
| 9255 CLERMONT DR | Salary | - | - | 1,019.23 | 13,249.99 |
| DENVER | Bonus | - | - | 0.00 | 372.27 |
| CO, 80229 | Commission | - | - | 0.00 | 582.02 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 73.27 | 1,094.32 |
| Social Security | 62.49 | 871.08 |
| Medicare | 14.62 | 203.72 |
| CO Income Tax | 28.00 | 409.00 |
| Aurora | 0.00 | 6.00 |

COLORADO AUTO BODY INC
1465 DALLAS ST
AURORA
CO, 80010

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|
| UNIFORMS | 10.11 | 131.43 |
| AFLAC BEFORE TAX | 11.24 | 154.58 |
| PURCHASE REIMBURSEMENT | 0.00 | 73.60 |

Pay Period
03/20/2017 - 03/26/2017

Pay Date
03/31/2017

MEMO:

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 60.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,019.23 | $14,204.28 |
| Taxes | $178.38 | $2,584.12 |
| Deductions | $21.35 | $359.61 |
| **NET PAY:** Acct#....0008: | | **$819.50** $819.50 |

| EDWARD A. CULPEPPER | PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|---|
| 9255 CLERMONT DR | Salary | - | - | 1,019.23 | 13,249.99 |
| DENVER | Bonus | - | - | 0.00 | 372.27 |
| CO, 80229 | Commission | - | - | 0.00 | 582.02 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 73.27 | 1,094.32 |
| Social Security | 62.49 | 871.08 |
| Medicare | 14.62 | 203.72 |
| CO Income Tax | 28.00 | 409.00 |
| Aurora | 0.00 | 6.00 |

COLORADO AUTO BODY INC
1465 DALLAS ST
AURORA
CO, 80010

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|
| UNIFORMS | 10.11 | 131.43 |
| AFLAC BEFORE TAX | 11.24 | 154.58 |
| PURCHASE REIMBURSEMENT | 0.00 | 73.60 |

Pay Period
03/20/2017 - 03/26/2017

Pay Date
03/31/2017

MEMO:

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 60.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,019.23 | $14,204.28 |
| Taxes | $178.38 | $2,584.12 |
| Deductions | $21.35 | $359.61 |
| **NET PAY:** Acct#....0008: | | **$819.50** $819.50 |

04/21/2017

EDWARD A. CULPEPPER

0.00
\*\*\*NON-NEGOTIABLE\*\*\*

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER CO 80229

Pay Period: 04/10/2017 - 04/16/2017

---

| EDWARD A. CULPEPPER | PAY | Hours | Rate | Current | YTD | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 9255 CLERMONT DR | Salary | - | - | 1,019.23 | 16,307.68 | Federal Income Tax | 72.84 | 1,392.54 |
| DENVER | Bonus | - | - | 0.00 | 372.27 | Social Security | 62.32 | 1,090.99 |
| CO, 80229 | Commission | - | - | 0.00 | 1,113.35 | Medicare | 14.57 | 255.15 |
| | | | | | | CO Income Tax | 28.00 | 518.00 |
| | | | | | | Aurora | 0.00 | 8.00 |

| | | | | | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| COLORADO AUTO BODY INC | | | | | UNIFORMS | 10.11 | 161.76 |
| 1465 DALLAS ST | | | | | AFLAC BEFORE TAX | 14.05 | 196.73 |
| AURORA | OTHER PAY | | Current | YTD | PURCHASE REIMBURSEMENT | 0.00 | 73.60 |
| CO, 80010 | | | | | | | |

| Pay Period | | | | | SUMMARY | Current | YTD |
|---|---|---|---|---|---|---|---|
| 04/10/2017 - 04/16/2017 | BENEFITS | | Used | Available | Total Pay | $1,019.23 | $17,793.30 |
| | Vacation | | 0.00 | 64.61 | Taxes | $177.73 | $3,264.68 |
| Pay Date | | | | | Deductions | $24.16 | $432.09 |
| 04/21/2017 | | | | | **NET PAY:** | | **$817.34** |
| MEMO: | | | | | Acct#....0008: | | $817.34 |

---

| EDWARD A. CULPEPPER | PAY | Hours | Rate | Current | YTD | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 9255 CLERMONT DR | Salary | - | - | 1,019.23 | 16,307.68 | Federal Income Tax | 72.84 | 1,392.54 |
| DENVER | Bonus | - | - | 0.00 | 372.27 | Social Security | 62.32 | 1,090.99 |
| CO, 80229 | Commission | - | - | 0.00 | 1,113.35 | Medicare | 14.57 | 255.15 |
| | | | | | | CO Income Tax | 28.00 | 518.00 |
| | | | | | | Aurora | 0.00 | 8.00 |

| | | | | | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| COLORADO AUTO BODY INC | | | | | UNIFORMS | 10.11 | 161.76 |
| 1465 DALLAS ST | | | | | AFLAC BEFORE TAX | 14.05 | 196.73 |
| AURORA | OTHER PAY | | Current | YTD | PURCHASE REIMBURSEMENT | 0.00 | 73.60 |
| CO, 80010 | | | | | | | |

| Pay Period | | | | | SUMMARY | Current | YTD |
|---|---|---|---|---|---|---|---|
| 04/10/2017 - 04/16/2017 | BENEFITS | | Used | Available | Total Pay | $1,019.23 | $17,793.30 |
| | Vacation | | 0.00 | 64.61 | Taxes | $177.73 | $3,264.68 |
| Pay Date | | | | | Deductions | $24.16 | $432.09 |
| 04/21/2017 | | | | | **NET PAY:** | | **$817.34** |
| MEMO: | | | | | Acct#....0008: | | $817.34 |

04/14/2017

EDWARD A. CULPEPPER

0.00

\*\*\*NON-NEGOTIABLE\*\*\*

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER CO 80229

Pay Period: 04/03/2017 - 04/09/2017

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER
CO, 80229

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,019.23 | 15,288.45 |
| Bonus | - | - | 0.00 | 372.27 |
| Commission | - | - | 531.33 | 1,113.35 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 152.54 | 1,319.70 |
| Social Security | 95.27 | 1,028.67 |
| Medicare | 22.28 | 240.58 |
| CO Income Tax | 53.00 | 490.00 |
| Aurora | 0.00 | 8.00 |

COLORADO AUTO BODY INC
1465 DALLAS ST
AURORA
CO, 80010

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|
| UNIFORMS | 10.11 | 151.65 |
| AFLAC BEFORE TAX | 14.05 | 182.68 |
| PURCHASE REIMBURSEMENT | 0.00 | 73.60 |

Pay Period
04/03/2017 - 04/09/2017

Pay Date
04/14/2017

MEMO:

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 63.08 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,550.56 | $16,774.07 |
| Taxes | $323.09 | $3,086.95 |
| Deductions | $24.16 | $407.93 |
| **NET PAY:** | | **$1,203.31** |
| Acct#....0008: | | $1,203.31 |

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER
CO, 80229

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,019.23 | 15,288.45 |
| Bonus | - | - | 0.00 | 372.27 |
| Commission | - | - | 531.33 | 1,113.35 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 152.54 | 1,319.70 |
| Social Security | 95.27 | 1,028.67 |
| Medicare | 22.28 | 240.58 |
| CO Income Tax | 53.00 | 490.00 |
| Aurora | 0.00 | 8.00 |

COLORADO AUTO BODY INC
1465 DALLAS ST
AURORA
CO, 80010

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|
| UNIFORMS | 10.11 | 151.65 |
| AFLAC BEFORE TAX | 14.05 | 182.68 |
| PURCHASE REIMBURSEMENT | 0.00 | 73.60 |

Pay Period
04/03/2017 - 04/09/2017

Pay Date
04/14/2017

MEMO:

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 63.08 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,550.56 | $16,774.07 |
| Taxes | $323.09 | $3,086.95 |
| Deductions | $24.16 | $407.93 |
| **NET PAY:** | | **$1,203.31** |
| Acct#....0008: | | $1,203.31 |

04/28/2017

EDWARD A. CULPEPPER

0.00
***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER CO 80229

Pay Period: 04/17/2017 - 04/23/2017

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER
CO, 80229

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,019.23 | 17,326.91 |
| Bonus | - | - | 0.00 | 372.27 |
| Commission | - | - | 0.00 | 1,113.35 |
| Reimbursement | - | - | 50.00 | 50.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 72.84 | 1,465.38 |
| Social Security | 62.32 | 1,153.31 |
| Medicare | 14.58 | 269.73 |
| CO Income Tax | 28.00 | 546.00 |
| Aurora | 0.00 | 8.00 |

COLORADO AUTO BODY INC
1465 DALLAS ST
AURORA
CO, 80010

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|
| UNIFORMS | 10.11 | 171.87 |
| AFLAC BEFORE TAX | 14.05 | 210.78 |
| PURCHASE REIMBURSEMENT | 0.00 | 73.60 |

Pay Period
04/17/2017 - 04/23/2017

Pay Date
04/28/2017

MEMO:

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 66.15 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,069.23 | $18,862.53 |
| Taxes | $177.74 | $3,442.42 |
| Deductions | $24.16 | $456.26 |

**NET PAY:** **$867.33**
Acct#....0008: $867.33

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER
CO, 80229

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,019.23 | 17,326.91 |
| Bonus | - | - | 0.00 | 372.27 |
| Commission | - | - | 0.00 | 1,113.35 |
| Reimbursement | - | - | 50.00 | 50.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 72.84 | 1,465.38 |
| Social Security | 62.32 | 1,153.31 |
| Medicare | 14.58 | 269.73 |
| CO Income Tax | 28.00 | 546.00 |
| Aurora | 0.00 | 8.00 |

COLORADO AUTO BODY INC
1465 DALLAS ST
AURORA
CO, 80010

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|
| UNIFORMS | 10.11 | 171.87 |
| AFLAC BEFORE TAX | 14.05 | 210.78 |
| PURCHASE REIMBURSEMENT | 0.00 | 73.60 |

Pay Period
04/17/2017 - 04/23/2017

Pay Date
04/28/2017

MEMO:

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 66.15 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,069.23 | $18,862.53 |
| Taxes | $177.74 | $3,442.42 |
| Deductions | $24.16 | $456.25 |

**NET PAY:** **$867.33**
Acct#....0008: $867.33

05/05/2017

EDWARD A. CULPEPPER

0.00
\*\*\*NON-NEGOTIABLE\*\*\*

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER CO 80229

Pay Period: 04/24/2017 - 04/30/2017

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER
CO, 80229

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,019.23 | 18,346.14 |
| Bonus | - | - | 0.00 | 372.27 |
| Commission | - | - | 0.00 | 1,113.35 |
| Reimbursement | - | - | 0.00 | 50.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 72.84 | 1,538.22 |
| Social Security | 62.32 | 1,215.63 |
| Medicare | 14.57 | 284.30 |
| CO Income Tax | 28.00 | 574.00 |
| Aurora | 2.00 | 10.00 |

COLORADO AUTO BODY INC
1465 DALLAS ST
AURORA
CO, 80010

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|
| UNIFORMS | 10.11 | 181.98 |
| AFLAC BEFORE TAX | 14.05 | 224.83 |
| PURCHASE REIMBURSEMENT | 0.00 | 73.60 |

Pay Period
04/24/2017 - 04/30/2017

Pay Date
05/05/2017

MEMO:

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 67.69 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,019.23 | $19,881.76 |
| Taxes | $179.73 | $3,622.15 |
| Deductions | $24.16 | $480.41 |
| **NET PAY:** | | **$815.34** |
| Acct#....0008: | | $815.34 |

---

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER
CO, 80229

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,019.23 | 18,346.14 |
| Bonus | - | - | 0.00 | 372.27 |
| Commission | - | - | 0.00 | 1,113.35 |
| Reimbursement | - | - | 0.00 | 50.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 72.84 | 1,538.22 |
| Social Security | 62.32 | 1,215.63 |
| Medicare | 14.57 | 284.30 |
| CO Income Tax | 28.00 | 574.00 |
| Aurora | 2.00 | 10.00 |

COLORADO AUTO BODY INC
1465 DALLAS ST
AURORA
CO, 80010

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|
| UNIFORMS | 10.11 | 181.98 |
| AFLAC BEFORE TAX | 14.05 | 224.83 |
| PURCHASE REIMBURSEMENT | 0.00 | 73.60 |

Pay Period
04/24/2017 - 04/30/2017

Pay Date
05/05/2017

MEMO:

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 67.69 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,019.23 | $19,881.76 |
| Taxes | $179.73 | $3,622.15 |
| Deductions | $24.16 | $480.41 |
| **NET PAY:** | | **$815.34** |
| Acct#....0008: | | $815.34 |

04/07/2017

EDWARD A. CULPEPPER

0.00
\*\*\*NON-NEGOTIABLE\*\*\*

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

EDWARD A. CULPEPPER
9255 CLERMONT DR
DENVER CO 80229

Pay Period: 03/27/2017 - 04/02/2017

| EDWARD A. CULPEPPER | PAY | Hours | Rate | Current | YTD | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 9255 CLERMONT DR | Salary | - | - | 1,019.23 | 14,269.22 | Federal Income Tax | 72.84 | 1,167.16 |
| DENVER | Bonus | - | - | 0.00 | 372.27 | Social Security | 62.32 | 933.40 |
| CO, 80229 | Commission | - | - | 0.00 | 582.02 | Medicare | 14.58 | 218.30 |
| | | | | | | CO Income Tax | 28.00 | 437.00 |
| | | | | | | Aurora | 2.00 | 8.00 |

| | | | | | | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| COLORADO AUTO BODY INC | | | | | | UNIFORMS | 10.11 | 141.54 |
| 1465 DALLAS ST | | | | | | AFLAC BEFORE TAX | 14.05 | 168.63 |
| AURORA | OTHER PAY | | | Current | YTD | PURCHASE REIMBURSEMENT | 0.00 | 73.60 |
| CO, 80010 | | | | | | | | |

| Pay Period | | | | | | SUMMARY | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 03/27/2017 - 04/02/2017 | BENEFITS | | | Used | Available | Total Pay | $1,019.23 | $15,223.51 |
| | Vacation | | | 0.00 | 61.54 | Taxes | $179.74 | $2,763.86 |
| Pay Date | | | | | | Deductions | $24.16 | $383.77 |
| 04/07/2017 | | | | | | NET PAY: | | $815.33 |
| MEMO: | | | | | | Acct#....0008: | | $815.33 |

| EDWARD A. CULPEPPER | PAY | Hours | Rate | Current | YTD | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 9255 CLERMONT DR | Salary | - | - | 1,019.23 | 14,269.22 | Federal Income Tax | 72.84 | 1,167.16 |
| DENVER | Bonus | - | - | 0.00 | 372.27 | Social Security | 62.32 | 933.40 |
| CO, 80229 | Commission | - | - | 0.00 | 582.02 | Medicare | 14.58 | 218.30 |
| | | | | | | CO Income Tax | 28.00 | 437.00 |
| | | | | | | Aurora | 2.00 | 8.00 |

| | | | | | | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| COLORADO AUTO BODY INC | | | | | | UNIFORMS | 10.11 | 141.54 |
| 1465 DALLAS ST | | | | | | AFLAC BEFORE TAX | 14.05 | 168.63 |
| AURORA | OTHER PAY | | | Current | YTD | PURCHASE REIMBURSEMENT | 0.00 | 73.60 |
| CO, 80010 | | | | | | | | |

| Pay Period | | | | | | SUMMARY | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 03/27/2017 - 04/02/2017 | BENEFITS | | | Used | Available | Total Pay | $1,019.23 | $15,223.51 |
| | Vacation | | | 0.00 | 61.54 | Taxes | $179.74 | $2,763.86 |
| Pay Date | | | | | | Deductions | $24.16 | $383.77 |
| 04/07/2017 | | | | | | NET PAY: | | $815.33 |
| MEMO: | | | | | | Acct#....0008: | | $815.33 |